**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1973**


In re:  NATHANIEL DANTE RICE,



              Petitioner.



          On Petition for Writ of Mandamus.  (1:02-cr-00153-JAB-1)


Submitted:  January 15, 2015          Decided:  January 20, 2015


Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior
Circuit Judge.


Petition denied by unpublished per curiam opinion.


Nathaniel Dante Rice, Petitioner Pro Se.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Dante Rice petitions for a writ of mandamus, seeking immediate release from imprisonment after the district court vacated Rice's sentence upon his 28 U.S.C. § 2255 (2012) motion. Our review of the district court's docket reveals that the district court held a resentencing hearing and Rice was released. Accordingly, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED